UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| WEBER DESIGN GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROVIDENT DEVELOPMENT GROUP, INC., )<br>PROVIDENT HOMES, INC., )<br>PAUL A. KOENIG AND KEN MASTRANDREA, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 2:06-cv-58-FtM-99SPC |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above action have reached an amicable settlement in this matter. Pursuant to the applicable local and/or federal rules, the parties hereby notify the Court that a settlement has been reached on all issues. The parties are in the process of drafting settlement documents and will soon file a stipulation of dismissal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Brian R. Gilchrist, Esq. and Meaghan P. Hemmings, Esq., Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., 255 South Orange Avenue, Suite 1401, Post Office Box 3791, Orlando, Florida 32802-3791.

/s Floyd S. Yarnell
Floyd S. Yarnell, Esq.
Florida Bar No. 184209
Parrish, Lawhon & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2013; Fax 239/566-9561
Floydyarnell@napleslaw.us