**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

WEBER DESIGN GROUP, INC.,

        Plaintiff,

vs.                              Case No.  2:06-cv-58-FtM-34SPC

PROVIDENT DEVELOPMENT GROUP,
INC., PROVIDENT HOMES, INC., PAUL
KOENIG, and KEN MASTRANDREA,

        Defendants.
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. No. 34; Notice) filed on March 21, 2007.  In the Notice, Plaintiff indicates that this matter has been settled.  See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1.     The parties shall have until **May 30, 2007** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.     If the parties have not filed settlement pleadings or a request for additional time by the **May 30, 2007** deadline, this case will automatically be deemed to be dismissed without prejudice.

3.     The July 23, 2007 final pretrial conference and the August 6, 2007 trial date are cancelled.

      4.      The Clerk of the Court is directed to administratively close this case pending further Order.

**DONE AND ORDERED** in Chambers on March 26, 2007.

                                              **MARCIA MORALES HOWARD**
                                              United States District Judge

ja

Copies to:

Counsel of Record