**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

WEBER DESIGN GROUP, INC.,

        Plaintiff,

vs.                                    Case No.  2:06-cv-58-FtM-34SPC

PROVIDENT DEVELOPMENT GROUP,
INC., PROVIDENT HOMES, INC., PAUL
KOENIG, and KEN MASTRANDREA,

        Defendants.
_____/

## **ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court sua sponte.  On March 26, 2007, the Court entered an Order (Doc. No. 35; Order) administratively closing this case pending further Order of the Court.  See Order at 2.  The Court also provided that the parties shall have until May 30, 2007 to file a joint motion for dismissal or other appropriate documents to close out this file.  See id. at 1.  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by May 30, 2007, this case would automatically be deemed to be dismissed without prejudice.  See id.  That time has now expired and the parties have not filed a joint stipulation of dismissal or other appropriate documents.  Accordingly, it is hereby

**ORDERED**:

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this case without prejudice.  The Clerk is further

directed to terminate any previously scheduled deadlines and pending motions and to close the file.

**DONE AND ORDERED** in Chambers on June 11, 2007.

                                                                             *Marcia Morales Howard*
                                                                             **MARCIA MORALES HOWARD**
                                                                             United States District Judge

lc3

Copies to:

Counsel of Record